IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WALTER HARRIS,

    Plaintiff,

v.

WARDEN MARTY ALLEN,

    Defendant.

CIVIL ACTION NO.: 6:18-cv-60

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 9. No parties to this action filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims for monetary damages against Defendant Allen in his official capacity. However, Plaintiff's Eighth Amendment claims against Defendant Allen for equitable relief in his official capacity and for equitable relief and monetary damages in his individual capacity shall proceed. Id. at 8.

**SO ORDERED**, this 22nd day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA